# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** HSI

**City** Wrentham
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number: 25-6390
Search Warrant Case Number: 24-6556 and -6557-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   [ ] Yes  [✓] No

Defendant Name: Wael Isreb   Juvenile: [ ] Yes  [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No

Alias Name: _____
Address: Wrentham, Massachusetts
Birth date (Yr only): 1958   SSN (last 4#): 2660   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** Robert Sheketoff   Address: One McKinly Square, Third Floor
Bar Number: _____   Boston, MA 022109

**U.S. Attorney Information**
AUSA: Eric L. Hawkins   Bar Number if applicable: 693289

**Interpreter:** [ ] Yes [✓] No   List language and/or dialect: _____

**Victims:** [✓] Yes [ ] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [✓] No

**Matter to be SEALED:** [ ] Yes [✓] No

[✓] Warrant Requested   [ ] Regular Process   [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____ .
[ ] Already in State Custody at _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** [✓] Complaint   [ ] Information   [ ] Indictment
**Total # of Counts:** [ ] Petty _____   [ ] Misdemeanor _____   [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/26/2025   Signature of AUSA: *Eric L. Hawkins*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013